UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>FNU LNU,<br>             Supervisee. | No. 09-cr-543-5 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Monday, November 10, 2025, at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at which time Supervisee will be presented on the violations of supervised release alleged in the Probation Office's report of February 1, 2024.

SO ORDERED.

Dated:    October 24, 2025
              New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE