# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Roberto Finzi**
**Direct Dial:** +1 212 373 3311
**Email:** rfinzi@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

November 13, 2025

**VIA ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge, Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States* v. *FNU LNU*,
No. 09-CR-543 (RJS)

Dear Judge Sullivan:

    We are CJA counsel to the supervisee in the above-referenced matter, which is scheduled for a hearing before the Court on November 25, 2025 at 10:00 a.m. We write to advise the Court that the supervisee is prepared to admit all open specifications, and to request that the Court use the November 25, 2025 conference for sentencing. The government consents to this request.

Respectfully,

Roberto Finzi

cc:  AUSA T. Josiah Pertz
     USPO Amber Wilton (by email)

---

Supervisee's request is GRANTED. At the conference scheduled for November 25, 2025, the Court will afford Supervisee the opportunity to admit to all open specifications and proceed directly to sentencing. The parties are further ORDERED to submit simultaneous written sentencing submissions by November 21, 2025. The Clerk of Court is respectfully directed to close the motion pending at document number 248.

SO ORDERED.
November 14, 2025

Richard J. Sullivan
United States Circuit Judge
Sitting by Designation